IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-31182
Summary Calendar
_____

DEBRA JACKSON,

Plaintiff-Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 97-CV-2025
--------------------
August 5, 1999

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Debra Jackson appeals the district court's judgment affirming the Commissioner of Social Security's denial of disability and supplemental security income (SSI) benefits. Jackson argues that there is no substantial evidence to support the Commissioner's decision. Having reviewed the entire record, we find that the decision was supported by substantial evidence and the proper legal standards were used in evaluating the evidence. See Villa v. Sullivan, 895 F.2d 1019, 1021 (5th Cir. 1990); Ripley v. Chater, 67 F.3d 552, 555 (5th Cir. 1995).

_____

[*] Pursuant to 5TH CIR. 19 CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. 19 CIR. R. 47.5.4.

Jackson argues that the Administrative Law Judge (ALJ) erred in discounting her complaints of pain. Contrary to this assertion, the ALJ considered the factors relevant to complaints of debilitating pain pursuant to 20 C.F.R. § 416.929. There is substantial evidence to support ALJ's finding that Smith's testimony regarding her functional limitations and pain was not supported by the medical record and was not credible. See Falco v. Shalala, 27 F.3d 160, 163 (5th Cir. 1994).

Jackson asserts that the ALJ improperly relied on the medical-vocational guidelines rather than relying on the testimony of the vocational expert. Although the guidelines would direct a finding of not disabled, the ALJ also obtained testimony from a vocational expert that there were a significant number of jobs which Jackson could perform.

AFFIRMED.